# Exhibit B

```
 1              UNITED STATES DEPARTMENT OF DEFENSE
 2              NAVAL CRIMINAL INVESTIGATIVE SERVICE
 3
 4    In the Matter of:              *
 5                                   *
 6    Case Number:                   *
 7    13Sep13-SWND-0491-4HNA         *
 8                       *    *    *    *    *
 9
10
11                       S/GDMA, et al
12
13                  INTERVIEW OF DAVID NEWLAND
14                       MARCH 2, 2017
15
16
17
18    APPEARANCES:
19        James McWhirter, Special Agent
20        Chad Gosch, Special Agent
21
22
23
24    Transcribed by: Kathy J. DeMent, CET
25    Changed by: Jill Kelley, Special Agent
```

2

Interview of David Newland
Case Number: 13Sep13-SWND-0491-4HNA                              3/2/2017

```
 1                    P R O C E E D I N G S
 2                       -   -   -   -   -
 3              AGENT McWHIRTER:  The time is approximately
 4   9:35.  We are at the USAA Bank corporate facilities in
 5   San Antonio, Texas.  I give my consent to record the
 6   interview of former U.S. Navy Captain David Newland,
 7   who is now an employee at USAA Bank.
 8              Also with me is Special Agent Chad Gosch out
 9   of the San Antonio RA of the Defense Criminal
10   Investigative Service.
11              (Brief pause.)
12              AGENT McWHIRTER:  There's CAPT Newland.
13              MR. NEWLAND:  Hi.
14              AGENT McWHIRTER:  Hi.  Mr. Newland?
15              MR. NEWLAND:  James?  Yeah.
16              AGENT McWHIRTER:  I am James.
17              MR. NEWLAND:  Hi.
18              AGENT McWHIRTER:  How you doing?
19              MR. NEWLAND:  Good.
20              AGENT McWHIRTER:  Nice to meet you.
21              MR. NEWLAND:  What's going on?
22              AGENT GOSCH:  Chad Gosch.
23              MR. NEWLAND:  Oh, geez.  I'm trying to figure
24   out who this guy is.  Okay, good.
25              AGENT McWHIRTER:  (Inaudible)
```

                                                                              3
                          Interview of David Newland
     Case Number:  13Sep13-SWND-0491-4HNA                            3/2/2017

```
    1              MR. NEWLAND:  So who's the subject?
    2              AGENT McWHIRTER:  We came out here to talk to
    3    you.  One of them has to do also with Jonathan
                                                  th
    4    Greenert, your former CO in the 7   Fleet and so on.
    5              MR. NEWLAND:  Oh, okay.  Yeah, yeah.
    6              AGENT McWHIRTER:  Is there a place we can
    7    talk around here --
    8              MR. NEWLAND:  Sure.
    9              AGENT McWHIRTER:  -- have a little privacy?
   10              MR. NEWLAND:  Let me -- let me see if --
   11              AGENT McWHIRTER:  Okay.
   12              MR. NEWLAND:  Just wait a second.
   13              (Brief pause.)
   14              MR. NEWLAND:  Trying to find a room here
   15    sometimes is interesting, but we got one.
   16              AGENT McWHIRTER:  Oh, great.
   17              UNIDENTIFIED FEMALE:  There's water and
   18    coffee, if anyone wants any.
   19              MR. NEWLAND:  Do you want anything?
   20              AGENT McWHIRTER:  I'm fine.  Thank you very
   21    much.
   22              MR. NEWLAND:  Sure?
   23              AGENT McWHIRTER:  Yeah, I'm good.  Thank you.
   24
   25              MR. NEWLAND:  This is where we do interviews
```

                                                                4
                        Interview of David Newland
Case Number:  13Sep13-SWND-0491-4HNA                       3/2/2017

```
 1   with the employees.
 2            AGENT McWHIRTER:  Oh, okay.  It's quite a
 3   facility, I'll tell you.
 4            MR. NEWLAND:  Yeah.
 5            AGENT McWHIRTER:  Get lost around here quick.
 6            MR. NEWLAND:  There's actually more usable
 7   square footage than the Pentagon.
 8            AGENT McWHIRTER:  Is there really?
 9            MR. NEWLAND:  Yeah.  The Pentagon is bigger
10   in square footage, but when you talk about usable --
11            AGENT McWHIRTER:  That's a good point.
12            MR. NEWLAND:  So this is Fat Leonard, huh?
13            AGENT McWHIRTER:  This is part of Fat
14   Leonard, it is.
15            MR. NEWLAND:  Okay.
16            AGENT McWHIRTER:  So, let's see, I'll give
17   you a card here.  So, yeah, Fat Leonard has consumed my
18   life for the last four and-a-half, five years.
19            MR. NEWLAND:  Wow.
20            AGENT McWHIRTER:  I'll give you a card there.
21   I'm actually out of California there and Chad's a local
22   Agent here out of San Anton.
23            MR. NEWLAND:  Oh, really.  I didn't know we
24   had a local.  First time I've had to --
25            AGENT McWHIRTER:  We try to keep -- how long
```

```
                                                              5
                         Interview of David Newland
    Case Number:  13Sep13-SWND-0491-4HNA                 3/2/2017


 1   have you been here, at USAA?
 2              MR. NEWLAND:  Six years now.
 3              AGENT McWHIRTER:  Wow, six years.
 4              MR. NEWLAND:  Yeah.
 5              AGENT McWHIRTER:  Did -- when you retired,
 6   did you come straight here?
 7              MR. NEWLAND:  That's right, that's right.
 8              AGENT McWHIRTER:  Okay.
 9              MR. NEWLAND:  Yeah.  Yeah.
10              AGENT McWHIRTER:  Okay.  I'll ask you a
11   little bit about Jonathan Greenert to start out here.
12              MR. NEWLAND:  Sure.  Sure.
13              AGENT McWHIRTER:  He was the CO of the 7th
14   Fleet.
15              MR. NEWLAND:  Yep, 3rd Fleet.
16              AGENT McWHIRTER:  Probably two thousand --
17              MR. NEWLAND:  Or, 7th Fleet.
18              AGENT McWHIRTER:  7th Fleet.  He was your CO
19   then?
20              MR. NEWLAND:  Yep.  2005, yeah.
21              AGENT McWHIRTER:  Okay.  What can you tell us
22   about him?
23              MR. NEWLAND:  About Greenert?
24              AGENT McWHIRTER:  Then Vice Admiral, Jonathan
25   Greenert.
```