# Exhibit C

Capital Reporting Company
Interview of David A. Lausman  09-16-2013

1

INTERVIEW OF

DAVID A. LAUSMAN

Conducted by Special Agent Patricia J. Dempski, NCIS,

Special Agent Mike Naito, DCIS

Special Agent Steve Marsano, DCIS

Monday, September 16, 2013

2:53 p.m.

Capital Reporting Company
Interview of David A. Lausman  09-16-2013

```
                                                             5
 1            MR. LAUSMAN:  Yeah, we used -- they're one
 2   of the husbanding agents that uh, we used -- I used --
 3   well, was provided by me by contract, depending on
 4   what port we went to.
 5            SPECIAL AGENT DEMPSKI:  Okay.  Um, and then
 6   I just want to let you know, too, um, that this
 7   interview is purely voluntary.
 8            MR. LAUSMAN:  Okay.
 9            SPECIAL AGENT DEMPSKI:  If you feel like you
10   want us to leave at any point --
11            MR. LAUSMAN:  Nope.
12            SPECIAL AGENT DEMPSKI:  You can ask us to do
13   so.  Um, do you understand --
14            MR. LAUSMAN:  Yep.
15            SPECIAL AGENT DEMPSKI:  -- that?  Okay. And
16   you're willing to talk to us today?
17            MR. LAUSMAN:  Sure.
18            SPECIAL AGENT DEMPSKI:  Okay.  Um, do you
19   have your ID with you, by chance?
20            MR. LAUSMAN:  Hang on.  It's hard and I'm
21   retired now.  As of 1 September.
22            SPECIAL AGENT DEMPSKI:  All right, great.
```