Exhibit F

# In the Matter of:

# Case Number: 13Sep13-SWND-0491-4HNA

*December 10, 2014*
*Interview of James Dolan*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Interview of James Dolan
Case Number: 13Sep13-SWND-0491-4HNA                                    12/10/2014

---

9

1    Q. Um-hum.
2    A. Okay, but --
3        AGENT MCWHIRTER:  You're right.
4    BY AGENT HENDRICKS:
5    Q. And as we were looking -- basically as we've
6    been talking to different people and looked through, you
7    know, various documents, we've come across your name in
8    a couple of things --
9    A. Okay.
10    Q. -- and what I wanted to do is just kind of show
11    you what we've got --
12    A. Okay.
13    Q. -- kind of lay it all out for you, and then
14    afterwards we can --
15    A. Okay.
16    Q. -- go into a few more details.
17    A. Okay.
18    Q. All right.  And, I'm sorry, I'm one of those
19    people that I love to highlight things, so you're going
20    to see yellow on pretty much everything I show you.
21        This is an email that we have retrieved during
22    the investigation --
23        AGENT MCWHIRTER:  You know what, Michelle, maybe
24    before we go in -- were you just going to show him stuff
25    and --

---

10

1        AGENT HENDRICKS:  Yeah, I am just going to go
2    ahead and show him stuff --
3        AGENT MCWHIRTER:  Okay.
4        AGENT HENDRICKS:  -- for right now, and then we
5    will get into some more details.
6        CAPT. DOLAN:  Okay.  So, this is...
7        BY AGENT HENDRICKS:
8    Q. There were some liberties that we have some
9    emails relating to.  This is one of them, and we've got
10    some other emails --
11    A. Um-hum.
12    Q. -- basically that lay out some different
13    liberties, liberty parties, groups that were involved in
14    these various liberties.  We also have some emails
15    relating to the work, the actual contracting and things
16    like that --
17    A. Um-hum, okay.
18    Q. -- that we wanted to go ahead and walk you
19    through.
20    A. By the way, I'm honestly glad to -- glad to
21    speak with you guys today, because this has just been a
22    long time in coming, so --
23    Q. Okay.
24        BY AGENT MCWHIRTER:
25    Q. Yeah, because I think you were almost ready to

---

11

1    retire last year, January.
2    A. I was actually retired, Jim.  Literally, January
3    31st was my last day, and then February 7th, I got a
4    call from BUPER talking about orders from the details,
5    and I'm, like, what gives there, you know?  I mean,
6    literally, my wife and I already had retirement IDs and
7    all that.
8    Q. Um-hum.
9    A. And over the months, I also thought, boy, is
10    there something else, some other case than that?  And
11    all roads lead to this here, so...
12    Q. Okay.
13        BY AGENT HENDRICKS:
14    Q. Well, what we have to do just basically before
15    we get started, get too far into our discussion, I --
16    since you are a military subject, since we're talking to
17    you, we're interviewing you, we just need to read the
18    military suspects waiver basically.
19    A. Okay, okay.
20    Q. And I'm sure if you've ever heard about
21    investigations, we have to read this (inaudible) --
22    A. I actually haven't, but it's okay.
23    Q. Okay.  So, I'll let you go ahead and fill in the
24    place that we're interviewing you.
25    A. Okay.  Can I just put down NAVELSG?

---

12

1    Q. Sure.  Okay.
2    A. Okay.
3    Q. And then go ahead and fill in your name.  I
4    wasn't sure if you go by James or Jim, so --
5    A. I go by Jim, but I'll probably, for this here,
6    say James here.
7    Q. Okay.  Okay, and then basically I'll go ahead
8    and fill in my name, but basically we're talking to you
9    today about the possibility of receiving items of value
10    from Leonard Francis and GMDA.
11    A. Okay.
12    Q. And these are just basically your rights, and
13    I'll let you read through them, but basically it's just
14    you have the right to not talk to us at all.
15    A. Okay.
16    Q. You do have the right to an attorney.
17    A. Okay.
18    Q. Either a military attorney or a civilian
19    attorney (inaudible).  And then also, if at any time as
20    we're talking to you you want to end the interview, you
21    can go ahead and let us know that you don't want to talk
22    to us anymore.
23    A. Okay, okay.
24    Q. So, if you agree to all those as you're reading
25    through them, just go ahead and initial off to the side

---

3 (Pages 9 to 12)

Interview of James Dolan
Case Number: 13Sep13-SWND-0491-4HNA

12/10/2014

---

13

1 over there.
2     Thank you, okay.
3     AGENT MCWHIRTER: (Inaudible) just give you this
4 for reference there.
5     CAPT. DOLAN: Okay, thank you.
6     AGENT HENDRICKS: And I would give you a card,
7 but unfortunately I just PCS'd out here from San Diego,
8 so I will have to do some correcting on my card.
9     CAPT. DOLAN: Where are you out -- I'm sorry,
10 where are you guys out of? Washington or --
11     AGENT HENDRICKS: I'm actually out of Norfolk.
12     CAPT. DOLAN: Oh, Norfolk?
13     AGENT HENDRICKS: Yeah.
14     CAPT. DOLAN: The same, Jim?
15     AGENT MCWHIRTER: I'm actually out of
16 California.
17     CAPT. DOLAN: Oh, California, okay.
18     AGENT MCWHIRTER: Yeah.
19     CAPT. DOLAN: Okay.
20     AGENT HENDRICKS: He's getting used to the cold.
21 We're going to have to break him into this cold weather.
22     AGENT MCWHIRTER: Yeah, ain't going to happen.
23     AGENT HENDRICKS: But it's nice and warm in here
24 after stepping out of that cold wind.
25     CAPT. DOLAN: Yeah, and I don't actually mind

---

14

1 the cold, but I'll tell you, when it's gray and gloomy
2 and all, that compared to a San Diego or Hawaii --
3     AGENT MCWHIRTER: Yeah.
4     CAPT. DOLAN: -- then it's kind of --
5     AGENT MCWHIRTER: Wears on you after a while.
6     CAPT. DOLAN: -- wears on you, yeah.
7     AGENT HENDRICKS: Yeah, definitely.
8     AGENT MCWHIRTER: Yeah.
9     BY AGENT HENDRICKS:
10     Q. Okay. So, what I'm going to do is just kind of
11 talk to you really quickly about some of the port
12 business you guys did when you were with Blue Ridge.
13     A. Um-hum.
14     AGENT MCWHIRTER: Should you get a little
15 history maybe, Michelle, on him, just a little
16 background?
17     BY AGENT HENDRICKS:
18     Q. Oh, yeah. Can you just kind of walk us through
19 your -- your career, basically, where you were at and
20 what --
21     A. I can. I can do that, and I -- you know, it's
22 all -- I'll even tell you all about -- about
23 relationships to Leonard Francis and the other folks.
24     Q. Okay.
25     A. How far back in my career do you want me to go?

---

15

1 When I came out of Athens, 1984, I went to -- submarine,
2 a ballistic missile submarine, and then a contracting --
3 I'm not going to read the dates unless you guys ask,
4 because that's way back.
5     USS Niagra Falls out of Gaum, which is a supply
6 ship, during Desert Storm. Postgraduate school,
7 Monterey, California. From there, I went to the Navy's
8 BRAC for a year and a half, special project, and then --
9 '95, and then from there I went to the Bureau of Naval
10 Personnel as a detailer, and then business financial
11 manager for Tomahawk.
12     And then from there -- and it was 1999 -- went
13 to become Commander, Logistics Group, Western Pacific in
14 Singapore, '99 to '01. And then from there I went to
15 the USS Bridge as supply officer from '01 to '03 and did
16 Enduring Freedom and Iraqi Freedom on Bridge. And then
17 from Bridge, went to the Pentagon. I was in N80, and
18 that was as a senior commander.
19     And then from there, I went to PAC Fleet for two
20 years, from 2005 to '7; Seventh Fleet from 2007 to 2009;
21 and then 2009 to '11, I was a CO of Fleet Industrial
22 Supply Center, Puget Sound; and then from 2011 to '13, I
23 was at the Defense Logistics Agency Land and Maritime,
24 in Columbus, Ohio.
25     Q. Okay.

---

16

1     A. And then I was presumably retiring, and then,
2 you know, this situation arose.
3     Q. Okay. And when was the first dealings you had
4 with Leonard Francis or GDMA?
5     A. Thank you for asking, because I -- I mean, I've
6 sketched out a lot over, you know, a time period. So,
7 when I was at -- and I really just -- if for nothing
8 else, just to clear it. When I was at Commander,
9 Logistics Group, Western Pacific, which basically are
10 the guys that control --
11     Q. Japan.
12     A. -- CLF assets -- well, it was out of Singapore,
13 and it was -- which, of course, is where GDMA is out of.
14     Q. Um-hum.
15     A. I had heard the name Leonard Francis, and I
16 understood he was a husbanding guy, but he dealt more
17 with, at the time, Navy Regional Contracting Center,
18 Singapore, guys --
19     Q. NRCC.
20     A. -- which became -- later on got subsumed by FISC
21 Yokosuka, Singapore.
22     Q. Um-hum.
23     A. I never actually met him. I talked to him once.
24 I was running the Navy Birthday Ball, and when I -- when
25 I did that, you know, I had a list of people to go ahead

---

4 (Pages 13 to 16)

Interview of James Dolan

Case Number: 13Sep13-SWND-0491-4HNA                    12/10/2014

---

117

1  year, basically, from the records, you know?  You met
2  him in the Philippines, you met him in Hong Kong --
3      A.  Right.
4      Q.  -- you met him so, I want to -- my question
5  back to you a little earlier was, regarding the ethics,
6  I mean, did it ever come into your mind that there might
7  be somewhat of a conflict or you might have some issues
8  with violating Navy ethical -- ethics regs?
9      A.  You know, again, I avoided the one dinner in
10 Singapore.  With these here, I looked at them as, you
11 know, get-togethers without necessarily a lot of dollars
12 spent.  So, I'm being honest, Jim.
13     Q.  Yeah.
14     A.  I don't know that I really thought about it that
15 much ever, honestly.
16     Q.  Okay.
17     A.  That it was a -- you know, I guess -- and
18 especially if I was in the contracting chain, you know,
19 which FISC did do a good job of keeping me out of -- me
20 and others out of any type of, you know, knowledge of
21 what's going on.  All we did was, "Hey, are we going to
22 have the contract in place by such and such a date,"
23 which was always when the other one ended.
24     Q.  Yeah.
25     A.  I just -- I didn't -- I didn't look at it from a

---

118

1  contracting conflict of interest standpoint.
2      Q.  Okay.
3          BY AGENT HENDRICKS:
4      Q.  Now, did Francis know what your role was in
5  contracting?
6      A.  I didn't -- well, he knew I wasn't --
7      Q.  Right, yeah, but did he understand the influence
8  you could or could not exert?
9      A.  Yes, he did.
10     Q.  Okay.
11     A.  He knew -- I mean, unless I -- unless he wanted
12 to try to get classified schedule information or
13 whatever, which is purely criminal, for him and for me
14 or anybody --
15     Q.  Um-hum.
16     A.  -- he knew that contractingwise, he had to deal
17 straight with FISC Yoko.  And as I said, that
18 relationship was so strained over many years, I think
19 under NRCC Singapore, it used to be -- when Singapore
20 owned most all that stuff, because --
21         BY AGENT MCWHIRTER:
22     Q.  Yeah.
23     A.  -- because most went to Southeast Asia as
24 opposed to Northeast Asia --
25     Q.  Yeah.

---

119

1      A.  -- I think they had good relationships over the
2  years, but somehow it must have gone to the Hatfields
3  and McCoys many years before I got there with FISC
4  Yokosuka and Leonard.  So, yeah, he knew -- he knew that
5  I couldn't do him any good from a contracting
6  standpoint.
7          BY AGENT HENDRICKS:
8      Q.  Um-hum.
9      A.  So -- and apparently he used these other guys or
10 schedules and information on other bidders, et cetera,
11 so...
12     Q.  Because we do -- we actually do have some emails
13 discussing -- between José Sanchez and Leonard Francis,
14 where José is talking about you're locked and ready to
15 fire, you're going to push with PAC Fleet and FISC.  Why
16 would he send emails to --
17     A.  Was that on -- was that on -- well, that may
18 have been on the Vladivostok one, right?
19     Q.  It would have been -- it was between -- I think
20 the time period was November of 2008 all the way up to
21 June 24th of 2009.
22     A.  Say again.  April through June?
23     Q.  No.  November of '08 --
24     A.  Um-hum.
25     Q.  -- through around June of '09.

---

120

1      A.  Okay.  It -- but you can't -- I mean, I -- my
2  only thought on that one is, it is the -- if it's the
3  Vladivostok one, although that seems like kind of a
4  lengthy range of time, unless there's an initial
5  what's-it-called, but I did push that Vladivostok one
6  with FISC Yoko and then PAC Fleet and then COMFISC, who
7  was FISC Yoko's boss, if that's the one.
8      Q.  There's actually a couple different ones.  One
9  of them is talking about the CARAT contract in January
10 of '09, and actually, let me go ahead and show you this.
11     A.  I mean, he would have owned the contracts for
12 most of those ports.  You say it was January of '09?
13     Q.  January of '09, yes.
14     A.  Which SMD, do you know?  Is that just computer
15 talk?
16     Q.  Yeah, so --
17     A.  "Let me know if you receive it."  (Inaudible).
18 Oh, wow.  "I included...  I included the (inaudible)..."
19     Q.  Yeah, that bottom paragraph is where he actually
20 discusses you.
21     A.  Okay.  Oh, okay, I see it.  (Document review.)
22 I honestly -- I don't know.  He would have owned most of
23 the -- the CARAT contracts, which were mostly Southeast
24 Asia, out of -- you know, it was the Singapore Navy, the
25 Philippine Navy, Brunei Navy, Indonesian Navy, and

---

30 (Pages 117 to 120)