# Exhibit H

# In the Matter of:

# Case Number: 13Sep13-SWND-0491-4HNA

*March 1, 2017*
*Interview of Enrico DeGuzman*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

### Page 5

1  things going on.
2      COL DEGUZMAN: I heard that.
3      AGENT DELAPENA: Yeah. And we have -- so
4  we're kind of coming into, you know, I guess the
5  closing of the case.
6      COL DEGUZMAN: Okay.
7      AGENT DELAPENA: I mean, it's not going to be
8  closed for a while, there's still a lot of people that
9  are out there that have been charged and haven't --
10 well, not a lot, but there's a few people that have
11 been charged that haven't pled yet.
12     COL DEGUZMAN: Okay.
13     AGENT DELAPENA: Or haven't gone to trial,
14 which, of course, is their right. And then, obviously,
15 there's a series of things coming up for sentencing.
16     COL DEGUZMAN: Okay.
17     AGENT DELAPENA: So we have, you know, people
18 get charged -- basically, I'll just kind of explain the
19 way this thing works. People get charged and then
20 there's -- you know, if they decide to plead guilty
21 then that's fine and then there's, like, a series of
22 things that happen after that, and the main one is
23 sentencing.
24     COL DEGUZMAN: Okay.
25     AGENT DELAPENA: And so there's a lot of

### Page 6

1  information that doesn't come out before sentencing --
2      COL DEGUZMAN: Correct.
3      AGENT DELAPENA: -- if someone pleads, right?
4  And so, you know, the prime example of that is Ed
5  Aruffo. So, if you've been paying attention to what's
6  been happening, Ed pled guilty to conduct in his
7  capacity as a GDMA employee in Japan.
8      So after he left the Navy, he was -- you
9  know, he was a Lieutenant Commander, he leaves the
10 Navy, he goes back to Japan and -- as a GDMA employee
11 -- and so he actually pled guilty to that conduct. So,
12 as GDMA Japan --
13     COL DEGUZMAN: Mm-hmm.
14     AGENT DELAPENA: -- he defrauded the Navy
15 actively. He made up fake invoices and all these crazy
16 things.
17     But he also had interaction with Glenn Marine
18 as a Lieutenant Commander and a Lieutenant and going
19 back. And so, you know, we're out, we're talking to a
20 bunch of people, trying to, like, get, you know, a
21 series of --
22     COL DEGUZMAN: When he was the Force
23 Protection officer.
24     AGENT DELAPENA: Force Protection and then he
25 was -- before that he was Blue Ridge OPs --

### Page 7

1      COL DEGUZMAN: For protocol or something.
2      AGENT DELAPENA: Yeah, yeah.
3      COL DEGUZMAN: That's when I knew him.
4      AGENT NASH: Exactly.
5      AGENT DELAPENA: Okay.
6      COL DEGUZMAN: (Inaudible)
7      AGENT DELAPENA: Perfect. So before we get
8  started we just have a couple things. Obviously, the
9  door is closed, but you don't have to do this. I mean,
10 we're here on a voluntary basis.
11     COL DEGUZMAN: Right.
12     AGENT DELAPENA: So anything you don't want
13 to, you know, talk about or whatever, is totally fine.
14     COL DEGUZMAN: I'll be up-front with you.
15     AGENT DELAPENA: Okay.
16     AGENT NASH: No, and that's what we
17 appreciate.
18     COL DEGUZMAN: Make sure you guys know my
19 role there and why I knew him.
20     AGENT DELAPENA: Great.
21     AGENT NASH: No, and that's -- you know,
22 these are just things we tell everybody and something
23 that we tell everybody, too, is we're both Federal
24 Agents.
25     AGENT DELAPENA: Right.

### Page 8

1      AGENT NASH: You know, you don't want to lie
2  to us. Lying to -- lying to Federal Agents is --
3      COL DEGUZMAN: That's the last thing I want
4  to do.
5      AGENT NASH: No, that's a separate Felony
6  offense, you know. I mean, that's a Felony.
7      COL DEGUZMAN: Yeah, that's the last thing I
8  want to do.
9      AGENT NASH: Don't do that.
10     COL DEGUZMAN: I just want to make sure you
11 understand my role, so you know.
12     AGENT NASH: Sure.
13     AGENT DELAPENA: Okay. Perfect. And then,
14 you know, the last thing, like I said you don't have to
15 talk to us. And then just the last piece of that is if
16 you decide not to talk to us, nothing bad will happen
17 as a result of that.
18     COL DEGUZMAN: Right.
19     AGENT DELAPENA: You know, I mean, there's --
20     COL DEGUZMAN: No, I want to help you guys.
21     AGENT NASH: Yeah.
22     AGENT DELAPENA: Okay.
23     COL DEGUZMAN: With everything.
24     AGENT DELAPENA: Perfect.
25     AGENT NASH: It won't impact your employment

113

AGENT DELAPENA: I mean, we're -- we've been doing this for a long time and we've got -- I mean, I printed out the things, but I really don't want to have to, like, go through them, like, piece-by-piece. I just don't. And I think you do remember what was going on. I think you do know that Leonard would ask you to do things and that you did them because he was giving you stuff.

And what I'm not saying is that -- I'm not calling you a traitor or something like that, that's not the idea. I mean, look, we just talked about all of your deep military history and I'm with you. I mean, my dad is currently in the Air Force, you know, I talked about my great grandfather, I'm not military, but, I mean, I work for the DoD now. I feel it. And I am not saying that Leonard asked you to betray your country and hand over classified information and that you did.

COL DEGUZMAN: Right.

AGENT DELAPENA: I'm not saying that. But what I am -- but what I think happened is I think that he influenced you and I think that he paid for hotel rooms for you, I think that he paid for dinners for you, and I know that he paid for girls, too.

COL DEGUZMAN: And I didn't take any of the

114

girls, so that's --

AGENT DELAPENA: I mean, we can -- we can go through that.

COL DEGUZMAN: Right.

AGENT DELAPENA: We can -- we can deal with that.

COL DEGUZMAN: Right.

AGENT DELAPENA: But, again, the problem for you is that as we kind of continue down this road, the one that we kind of started off on, you know, you're in this room and you're lying to us right now and that's not good.

COL DEGUZMAN: So -- okay.

AGENT DELAPENA: So what I -- what I need from you is to start being a little bit more honest with us, okay?

COL DEGUZMAN: So as far as I remember, let me just go back. So he did -- the dinners were generally Navy League dinners.

AGENT DELAPENA: Maybe in the beginning.

COL DEGUZMAN: In the beginning.

AGENT DELAPENA: Okay.

COL DEGUZMAN: And then, okay, I guess, especially in 2007, we went to that very outlandish dinner.

115

AGENT DELAPENA: Yeah.

COL DEGUZMAN: Okay.

AGENT DELAPENA: And you knew at that point that --

COL DEGUZMAN: That's over and beyond the -- whatever you're allowed.

AGENT DELAPENA: Right.

COL DEGUZMAN: Okay. So that's one.

AGENT DELAPENA: Right. And you knew it was wrong at the time. You're looking around, like, I'm not supposed to be here.

COL DEGUZMAN: Yeah, it's weird. It's weird. That was weird.

AGENT DELAPENA: And you look at CAPT Newland, like, Hey, what are you doing here, what is this? Right? It's not good.

COL DEGUZMAN: Right. So then the second part, honestly I didn't take any girls from Leonard. So we went to those places, he offered girls, I didn't take any girls.

AGENT DELAPENA: Okay.

COL DEGUZMAN: Because, honestly, I already had my problem with my wife, you already know that, and so I -- we had reconciled, you know, that's my feeling.

AGENT DELAPENA: Sure.

116

COL DEGUZMAN: Okay. So that's taken care of. The second part about doing things for Leonard -- so, bottom line, up-front, one of the main reasons I wanted to do this is because of stuff like this.

AGENT DELAPENA: Sure.

COL DEGUZMAN: Because he could go to places where nobody could.

AGENT DELAPENA: Sure. Yeah.

COL DEGUZMAN: Because he had connections.

AGENT DELAPENA: Right. And so it helped you.

COL DEGUZMAN: It helped us with our -- it helped us with our plan, the Navy plan.

AGENT DELAPENA: Right.

COL DEGUZMAN: To help him do the stuff.

AGENT DELAPENA: Right.

COL DEGUZMAN: Now, did I get things from him to do that, yeah, I would say yes, because you probably already know. Like I said, we got some gifts, maybe -- I don't know where -- we had a bottle of champagne, maybe that's one of the things he gave me.

AGENT DELAPENA: One of them, yeah.

COL DEGUZMAN: Yeah. So I don't remember any of the -- maybe you already know. Maybe you know better than I do, because I always get stuff and,

117

again, I have a bad memory for --
    AGENT DELAPENA: Sure. I've done a lot of homework, yeah. I mean, I'll tell you, so I -- again, I hear what you're saying and I want -- I want to be very -- I want to be very clear, okay?
    COL DEGUZMAN: Yeah.
    AGENT DELAPENA: So I know that Leonard had some things that helped you, right?
    COL DEGUZMAN: Yeah.
    AGENT DELAPENA: He was able to do some things that helped you. But -- but I think also, though, that he had access to you in a way that never would have happened if it wasn't for his ability to provide things to you, to CAPT Newland, to CAPT Will, to Ed, and then as we kind of continue on, to a few more people.
    COL DEGUZMAN: So, I guess you're right. He influenced me incorrectly.
    AGENT DELAPENA: Yeah.
    COL DEGUZMAN: Because of the -- the way he was able to facilitate things.
    AGENT DELAPENA: Yeah. And not just you. So here's another thing, like, I know it's just you and me and Mari here in this room, but the fact is, you know, I know that you didn't start this. I know that you

118

didn't, like, wander in to the 7 Fleet and you came up with -- you sat down and were like, You know what I'm going to do today? I'm going to find the dirtiest contractor out there and I'm going to make friends with him and I'm -- of course not.
    COL DEGUZMAN: Like I said, I didn't know what a husbanding agent was.
    AGENT NASH: Right.
    AGENT DELAPENA: Absolutely. And so, you know, one thing that we haven't talked about -- and I think that you know, though, is how close Leonard was to CAPT Newland, for one, and, you know, I think that you and CAPT Newland talked a lot about Leonard Francis. And not just --
    COL DEGUZMAN: So I'll tell you up-front, I think they knew each other from before. That's number one.
    AGENT DELAPENA: Okay.
    COL DEGUZMAN: Number two, if you were to ask me variations, I think Newlie knew -- was closer to him than me.
    AGENT DELAPENA: Sure. I agree, actually.
    COL DEGUZMAN: Because of the -- because of their previous relationship.
    AGENT DELAPENA: Yeah. No, I agree with

119

that.
    COL DEGUZMAN: And number three, I honestly can't tell you what he got from --
    AGENT DELAPENA: From Leonard?
    COL DEGUZMAN: -- from Leonard.
    AGENT DELAPENA: Other than the things where you were both -- when you're all there.
    COL DEGUZMAN: When we were both there, you know, we had the free dinners.
    AGENT DELAPENA: Sure.
    COL DEGUZMAN: I got that. When we were both there. So I honestly can't tell you what he got.
    AGENT DELAPENA: And the hotel rooms, too. I mean, because you guys would stay in the same place.
    COL DEGUZMAN: Right.
    AGENT DELAPENA: And you didn't pay the hotel, right?
    COL DEGUZMAN: Yeah.
    AGENT DELAPENA: And so did you guys -- were there conversations that you and Newlie and Will and some of these other guys had about how to benefit Leonard Francis? And let me put it this way, okay?
    COL DEGUZMAN: Go ahead.
    AGENT DELAPENA: I don't want to make -- I don't want to make this sound like there's some kind

120

of, like, you know --
    COL DEGUZMAN: Conspiracy?
    AGENT DELAPENA: -- Dr. No, like, evil -- you know, a bunch of guys, like, underneath the -- you know.
    COL DEGUZMAN: Yeah.
    AGENT DELAPENA: Two miles underneath the ocean, like, plotting the end of the world, right? That's over-selling it. But I do think that where opportunities arose, that you guys would help Leonard Francis, right?
    COL DEGUZMAN: So you could say that.
    AGENT DELAPENA: Okay.
    COL DEGUZMAN: But --
    AGENT DELAPENA: Maybe you had it where -- where it fit into the mission.
    COL DEGUZMAN: Yes.
    AGENT DELAPENA: Okay.
    COL DEGUZMAN: I would say yes.
    AGENT DELAPENA: Okay.
    COL DEGUZMAN: Where it fit into the mission. For example, access to areas we would have never been to.
    AGENT DELAPENA: Okay.
    COL DEGUZMAN: Why is that important, well,

30 (Pages 117 to 120)

### Page 121

1. it's important because we were trying to compete with
2. another power.
3.     AGENT DELAPENA: Sure.
4.     COL DEGUZMAN: That's as much as I should
5. tell you. That's what we were doing.
6.     AGENT DELAPENA: Sure.
7.     COL DEGUZMAN: And so, therefore, he was the
8. conduit for that.
9.     AGENT DELAPENA: Okay. And -- but at the
10. same time, you guys also knew that, like, the way that
11. you were going about doing it was not --
12.     COL DEGUZMAN: Was probably wrong.
13.     AGENT DELAPENA: Right. And there's a reason
14. why you weren't, like, every day, like, briefing ADM
15. Greenert. Like, Hey, by the way, ADM Greenert, you
16. know, me and Newlie, we were going to this -- we're
17. going to go have dinner with Leonard Francis at the top
18. of a skyscraper and it's going to be crazy, right?
19.     I mean, you're not -- you're not briefing
20. that stuff up the chain.
21.     COL DEGUZMAN: No.
22.     AGENT DELAPENA: Right. Because it's -- it's
23. not --
24.     COL DEGUZMAN: It's not --
25.     AGENT DELAPENA: -- it's not okay.

### Page 122

1.     COL DEGUZMAN: Correct.
2.     AGENT DELAPENA: Right. And I think, did
3. Newlie ever -- because he was technically your --
4.     COL DEGUZMAN: He was my boss.
5.     AGENT DELAPENA: -- your boss, right?
6.     COL DEGUZMAN: He was my boss.
7.     AGENT DELAPENA: Did he ever order you to,
8. like, Hey, fix this, for Leonard?
9.     COL DEGUZMAN: I have to think. I'm not
10. sure.
11.     AGENT DELAPENA: Okay.
12.     COL DEGUZMAN: I'm not sure if he ever did
13. that.
14.     AGENT DELAPENA: Or maybe did he not have to?
15. Like, was there kind of this, like, understanding? I
16. mean, I want to -- I want to understand how the
17. mechanics worked, right?
18.     COL DEGUZMAN: Yeah.
19.     AGENT DELAPENA: Was there an understanding
20. that, Hey, you know, Leonard is helping us in these
21. places, and he's kind of -- you know, he's giving us
22. things. And so then was there an understanding that,
23. Hey, if we can -- if we can do it, to help him, we're
24. going to do it. Was that kind of like an agreement?
25.     COL DEGUZMAN: I would say -- I would say

### Page 123

1. that would be more appropriate.
2.     AGENT DELAPENA: Okay.
3.     COL DEGUZMAN: That would be more accurate.
4.     AGENT DELAPENA: Okay.
5.     COL DEGUZMAN: It's like, Hey, he's helping
6. the mission, so let's help him.
7.     AGENT DELAPENA: Okay. Got it. And was
8. there ever any concern about, like -- because, you
9. know, you mentioned that he's got pretty high prices,
10. right?
11.     COL DEGUZMAN: I was concerned about the
12. prices.
13.     AGENT DELAPENA: Okay.
14.     COL DEGUZMAN: I always said, Why is this so
15. expensive?
16.     AGENT DELAPENA: Right.
17.     COL DEGUZMAN: So I would always bring up the
18. price.
19.     AGENT DELAPENA: But it wasn't enough to,
20. like, stop?
21.     COL DEGUZMAN: So, Mike (sic), the question
22. was always this, if we don't pay the price, what is the
23. motivation?
24.     AGENT DELAPENA: Sure.
25.     COL DEGUZMAN: And I always asked the

### Page 124

1. question, because I said, That's too much.
2.     AGENT DELAPENA: Right.
3.     COL DEGUZMAN: Like I said, I'm generally
4. very frugal.
5.     AGENT DELAPENA: Sure.
6.     COL DEGUZMAN: So that would be the question.
7.     AGENT DELAPENA: Okay. And so --
8.     COL DEGUZMAN: It's too much.
9.     AGENT DELAPENA: But it sounds like, though,
10. that in the end, like, scratching Leonard's back won
11. out most of the time.
12.     COL DEGUZMAN: I would say that that's
13. probably accurate.
14.     AGENT DELAPENA: Yeah.
15.     COL DEGUZMAN: Because he had the product and
16. was helping. It was always -- I think he made his
17. money on force protection, honestly.
18.     AGENT DELAPENA: At that time, I think he
19. did. Yeah, it changed over the years. I mean, the ring
20. of steel was somewhere between $250,000 and $500,000 a
21. day.
22.     COL DEGUZMAN: Yeah. So it's like --
23.     AGENT DELAPENA: That's a pretty penny.
24.     COL DEGUZMAN: -- I said, that's a whole lot
25. of money for a ring of steel.