# Exhibit I

```
 1              UNITED STATES DEPARTMENT OF DEFENSE
 2              NAVAL CRIMINAL INVESTIGATIVE SERVICE
 3
 4   In the Matter of:              *
 5                                  *
 6   Case Number:                   *
 7   13Sep13-SWND-0491-4HNA         *
 8                   *     *     *     *     *
 9
10
11                       S/GDMA, et al
12
13                  INTERVIEW OF MARIO HERRERA
14                       FEBRUARY 16, 2017
15
16
17
18   APPEARANCES:
19        Mari Nash, Special Agent
20        James McWhirter, Special Agent
21
22
23
24
25   Transcribed by: Kathy J. DeMent, CET
```

```
 1                CMDR HERRERA:  Yeah.  Can I see your --
 2                AGENT NASH:  Yeah.  Sure, absolutely.  I'm
 3   Mari Nash, I'm a Special Agent with DCIS.
 4                CMDR HERRERA:  Okay.
 5                AGENT NASH:  Defense Criminal Investigative
 6   Service.  We're the criminal investigative branch of
 7   the Department of Defense Inspector General.
 8                CMDR HERRERA:  Okay.
 9                AGENT NASH:  And you are Mario P. Herrera.
10                CMDR HERRERA:  Yes.
11                AGENT NASH:  One minute.
12                AGENT McWHIRTER:  I'm going to shut the door
13   just for privacy.
14                CMDR HERRERA:  Okay.
15                AGENT McWHIRTER:  Just want to show you who
16   we are, so you know you're -- I work for Defense
17   Criminal Investigative Service as a Special Agent.
18                CMDR HERRERA:  Okay.
19                AGENT NASH:  Have a seat, please.
20                AGENT McWHIRTER:  I want you to know that the
21   door is shut, it's for privacy.  I guess you have an
22   idea of what this is about.  None at all?
23                CMDR HERRERA:  No.
24                AGENT McWHIRTER:  Okay.  I'll give you the
25   opportunity (inaudible) it's completely voluntary in
```

4

Interview of Mario Herrera
Case Number:  13Sep13-SWND-0491-4HNA                                2/16/2017

```
 1   nature.  Any time you're uncomfortable or anything --
 2              CMDR HERRERA:  Yeah.
 3              AGENT McWHIRTER:   -- you're free to leave.
 4   The door is open, you can go out -- outside, whenever
 5   you want to go, and stuff like that.
 6              The reason we're here to talk to you is about
 7   GDMA.
 8              CMDR HERRERA:  Okay.
 9              AGENT McWHIRTER:  And before you speak to me
10   and all that, I want to let you know that this is kind
11   of your opportunity, okay?  We've spent the last three,
12   actually for myself, four and-a-half, almost five
13   years, on this case working.
14              CMDR HERRERA:  Okay.
15              AGENT McWHIRTER:  We (inaudible) Jose
16   Sanchez, was picked up back in September of '07 (sic),
17   Mr. Francis has been cooperating with us since 2014.
18   We spent a lot of time going through the $7^{th}$ Fleet
19   staff, that's mainly what it's focused on there.
20              CMDR HERRERA:  Okay.
21              AGENT McWHIRTER:  This is more your
22   opportunity to kind of get in front of this -- this
23   thing.  That's why we're out here.  You know, I can
24   show you the documents we have, we can discuss it, but,
25   really, you know, this is about you and your
```

                                                           5
                         Interview of Mario Herrera
      Case Number:  13Sep13-SWND-0491-4HNA                 2/16/2017

```
 1   opportunity to get ahead of this thing.
 2              CMDR HERRERA:  Yeah.  So are you
 3   investigating me?
 4              AGENT McWHIRTER:  That is correct.
 5              CMDR HERRERA:  Okay.
 6              AGENT McWHIRTER:  So, like I said, this is
 7   probably your best opportunity to, you know, to come
 8   forth, be straight up with us, to tell us what was
 9   going on back there.
10              CMDR HERRERA:  So, I mean, what are you
11   investigating me for?
12              AGENT McWHIRTER:  What's that?
13              CMDR HERRERA:  What are you investigating me
14   for?
15              AGENT McWHIRTER:  For your actions related to
16   Glenn Defense Marine.  You know, we know about the
17   Wolfpack, you know, we know about TA Anderson, and
18   Chachi09, and Cooltoad accounts.  I mean, we've done a
19   lot -- we've done extensive work.  That's why it's been
20   three years since, you know, we arrested CMDR Sanchez
21   and come out to talk to you.
22              CMDR HERRERA:  Okay.
23              AGENT McWHIRTER:  So, you know, with that,
24   we'd like you to agree to talk to us.  Again, this is
25   voluntary in nature, I just want to reiterate that.
```

6
Interview of Mario Herrera
Case Number: 13Sep13-SWND-0491-4HNA                                2/16/2017

```
 1              CMDR HERRERA:  Yeah.  So you're investigating
 2   me for illegal activity associated with GDM?
 3              AGENT McWHIRTER:  Correct.
 4              CMDR HERRERA:  Or just association?
 5              AGENT McWHIRTER:  No, basically the actions
 6   you took.
 7              CMDR HERRERA:  Okay.
 8              AGENT McWHIRTER:  Okay.  I think you have a
 9   pretty good idea what -- what you did, you and Mr. --
10   or, CMDR Sanchez, at the time, and others.  The actions
11   you took, the gifts you received.
12              CMDR HERRERA:  Yeah, I don't know.  I don't.
13              AGENT McWHIRTER:  You don't know?
14              CMDR HERRERA:  No.
15              AGENT McWHIRTER:  Okay.
16              CMDR HERRERA:  I mean, I associated with
17   them.
18              AGENT McWHIRTER:  Like I said --
19              CMDR HERRERA:  Clearly, I associated with
20   them.
21              AGENT McWHIRTER:  Uh-huh.
22              CMDR HERRERA:  Yeah.
23              AGENT NASH:  Yeah.
24              AGENT McWHIRTER:  Okay.  But you have a lot
25   of rights when it comes to talking to us.
```

7

Interview of Mario Herrera
Case Number: 13Sep13-SWND-0491-4HNA                                    2/16/2017

```
1              CMDR HERRERA:  Yeah.
2              AGENT McWHIRTER:  You have the right to
3    remain silent, okay?
4              CMDR HERRERA:  Okay.
5              AGENT McWHIRTER:  You have the right to an
6    attorney and all that.  What you don't have the right
7    to do, is lie to us.
8              CMDR HERRERA:  Okay.
9              AGENT McWHIRTER:  Okay?  You need to be
10   straight-forward.  Lying to us only gets you in more
11   trouble.
12             CMDR HERRERA:  Right.
13             AGENT McWHIRTER:  And I think you say you
14   don't know what you did, but you've read up on GDMA,
15   right?  You've seen all the press articles.
16             CMDR HERRERA:  Yeah, of course.
17             AGENT McWHIRTER:  And you realize that this
18   is about Leonard Francis providing prostitutes,
19   providing gifts, providing trips, airfare, all that
20   stuff.
21             CMDR HERRERA:  Right.
22             AGENT McWHIRTER:  And, in return, receiving
23   ship schedules, things like that.
24             CMDR HERRERA:  Yes, I'm aware of that.
25             AGENT McWHIRTER:  You're aware of all that?
```