**RESTITUTION ADDENDUM**

This Restitution Addendum is incorporated into and is part of defendant's plea agreement, filed herewith.

1. The defendant agrees to the entry of a restitution order, the amount determined by the Court at sentencing pursuant to 18 U.S.C. §§ 3556, 3663A(c)(1)(A)(ii) and 3664 (f)(1)(A). Defendant understands that the Court may impose restitution of any amount. Defendant agrees that a restitution order in an unanticipated amount is not grounds to withdraw his guilty plea. Regardless of payment of restitution by any other defendant in this case, defendant understands and agrees that he must personally pay the amount of restitution set forth in Paragraph 2 before his legal obligation to pay restitution is deemed satisfied.

2. Pursuant to 18 U.S.C. §§ 3663A and 3664(h), the parties will jointly recommend that defendant be allocated to pay restitution to the U.S. Navy in the amount of $67,054.94 – the value of items corruptly accepted and received directly by defendant DEGUZMAN.

3. Any payment schedule imposed by the Court establishes only a minimum obligation. Any payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A). Defendant will make a good faith effort to pay the full restitution.

4. Restitution shall be paid through the Office of the Clerk of the District Court for the Southern District of California by bank or cashier's check or money order referencing the criminal case number and made payable to the "Clerk, United States District Court."

Restitution Addendum

Def. Initials

17CR0623-JLS

5. The United States may run credit and other financial reports on defendant using public and non-public databases and share such information with the Court and the U.S. Probation Office. Defendant also authorizes the IRS to transmit to the U.S. Attorney's Office copies of his tax returns until restitution is paid in full and will promptly execute any documents necessary to carry out this authorization.

6. Not later than 30 days after execution of the plea agreement, defendant shall complete and provide to the United States, under penalty of perjury, a financial disclosure form listing all defendant's current and projected assets and financial interests valued at more than $5,000. These include all assets and financial interests in which Defendant has an interest (or had an interest prior to Janaury 2018, direct or indirect, whether held in defendant's name or in the name of another, in any property, real or personal, including marital and community property. Defendant shall also identify all assets valued at more than $5,000 which have been transferred to any third party since Janaury 2017, including the location of the assets, the identity of the third party or parties, and the amount of consideration received by the Defendant for the transferred assets. Defendant will provide complete, updated financial information promptly upon request.

7. From the date this plea agreement is executed until restitution is paid in full, defendant shall immediately notify the Financial Litigation Unit, U.S. Attorney's Office, of any interest in property worth more than $5,000 that defendant obtains, directly or indirectly, including any interest obtained under any other name or entity, including a trust, partnership or corporation. The parties will jointly

Restitution Addendum          2          Def. Initials
                                         17CR0623-JLS

recommend that this notification requirement also be imposed as a condition of defendant's supervised release.

8. Defendant shall notify the Financial Litigation Unit ("FLU"), U.S. Attorney's Office, at least 30 days before Defendant transfers any interest in property owned directly or indirectly by defendant worth over $5,000, including any interest held or owned under any other name or entity, including trusts, partnerships, or corporations. The parties will jointly recommend that this notification requirement also be imposed as a condition of defendant's supervised release.

9. Defendant shall immediately notify the FLU, of any material change in defendant's financial condition.

10. Defendant understands that restitution is delinquent until paid in full. Until restitution is paid in full, defendant will be referred to the Treasury Offset Program so that any federal payment or transfer of returned property to Defendant will be offset and applied to pay defendant's unpaid restitution.

Randy S. Grossman
Acting United States Attorney

09.03.2021
DATED

Mark W. Pletcher
Michelle L. Wasserman
Assistant U.S. Attorneys

8/3/21
DATED

Hmailton Arendsen, Esq
Counsel for the Defendant

3 Aug 21
DATED

Enrico DEGUZMAN
Defendant

4

Def. Initials EPD
17CR0623-JLS